No. —, original. Ex parte Paul Wesley Parker. May 12, 1941. The motion for leave to file petition for writ of habeas corpus is denied.

No. 2, original. Wisconsin et al. v. Illinois et al.;
No. 3, original. Michigan v. Illinois et al.; and
No. 4, original. New York v. Illinois et al. Argued May 2, 5, 1941. Decided May 26, 1941. *Per Curiam:* The exceptions to the report of the Special Master are overruled and the report is confirmed. The petition and the modified petition of the State of Illinois are dismissed with costs. Mr. Justice Murphy took no part in the consideration and decision of this case. Mr. Justice Black dissents. *Mr. Albert J. Meserow,* Assistant Attorney General of Illinois, with whom *Messrs. George F. Barrett,* Attorney General, and *William C. Clausen,* Assistant Attorney General, were on the brief for the State of Illinois. *Messrs. Herbert H. Naujoks, Timothy F. Cohan,* Assistant Attorney General of New York, and *Thomas J. Herbert,* Attorney General of Ohio, with whom *Messrs. John E. Martin,* Attorney General of Wisconsin, *J. A. A. Burnquist,* Attorney General of Minnesota, *Claude T. Reno,* Attorney General of Pennsylvania, *Harrington Adams,* Deputy Attorney General of Pennsylvania, *Herbert J. Rushton,* Attorney General of Michigan, *James W. Williams,* Assistant Attorney General of Michigan, and *John J. Bennett, Jr.,* Attorney General of New York, were on the brief for complainants. See 311 U. S. 107.